UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

FILED
CLERK, U.S. DISTRICT COURT
JUL 3, 2019
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

MUR Shipping B.V.,

    Plaintiff,

    v.

Bank of America, N.A.,

    Defendants.

2:19-cv-03896 VAP (AGRx)

# JUDGMENT

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to the Order Granting Defendant's Motion to Dismiss, IT IS ORDERED AND ADJUDGED that Plaintiff's complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated: 7/3/19

                Virginia A. Phillips
                Chief United States District Judge